| | |
|---|---|
| 1 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | dlumish@kasowitz.com |
| 2 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| 3 | Redwood Shores, California 94065 |
| | Tel: (650) 453-5170; Fax: (650) 453-5171 |
| 4 | |
| | Attorneys for Plaintiff SYNOPSYS, INC.; |
| 5 | EVE-USA, INC.; and EMULATION AND |
| | VERIFICATION ENGINEERING, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France, | Case No. C 12-05025 LB |
| | **NOTICE OF APPEARANCE OF DOUGLAS E. LUMISH** |
| Plaintiffs, | |
| v. | |
| MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| Defendant. | |

Notice is hereby given that the undersigned attorney Douglas E. Lumish of Kasowitz, Benson, Torres & Friedman LLP is entering an appearance as lead counsel in this matter on behalf of Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

The undersigned has the following contact information:

Douglas E. Lumish
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California  94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
Email: dlumish@kasowitz.com

NOTICE OF APPEARANCE OF DOUGLAS E. LUMISH                                    CASE NO. C 12-0525 LB

| | | |
|---|---|---|
| 1 | Dated:   November 30, 2012 | Kasowitz, Benson, Torres & Friedman LLP |

By: */s/ Douglas E. Lumish*
    Douglas E. Lumish

Attorneys for Plaintiffs
SYNOPSYS, INC., EVE-USA, INC.; and
EMULATION AND VERIFICATION
ENGINEERING, S.A.

NOTICE OF APPEARANCE OF DOUGLAS E. LUMISH    - 2 -    CASE NO. C 12-0525 LB