| | |
|---|---|
| 1 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | jhomrig@kasowitz.com |
| 2 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| 3 | Redwood Shores, California 94065 |
| | Tel: (650) 453-5170; Fax: (650) 453-5171 |
| 4 | |
| | Attorneys for Plaintiff SYNOPSYS, INC.; |
| 5 | EVE-USA, INC.; and EMULATION AND |
| | VERIFICATION ENGINEERING, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France, <br><br> Plaintiffs, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant. | Case No. C 12-05025 LB <br><br> **NOTICE OF APPEARANCE OF JEFFREY G. HOMRIG** |

Notice is hereby given that the undersigned attorney Jeffrey G. Homrig of Kasowitz, Benson, Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

The undersigned has the following contact information:

Jeffrey G. Homrig
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California  94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
Email: jhomrig@kasowitz.com

| | | |
|---|---|---|
| 1 | Dated: November 30, 2012 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | | |
| 3 | | By: */s/ Jeffrey G. Homrig* |
| 4 | | Jeffrey G. Homrig |
| 5 | | Attorneys for Plaintiffs SYNOPSYS, INC., EVE-USA, INC.; and |
| 6 | | EMULATION AND VERIFICATION ENGINEERING, S.A. |

NOTICE OF APPEARANCE OF JEFFREY G. HOMRIG        - 2 -        CASE NO. C 12-05025 LB