| | |
|---|---|
| 1 | GABRIEL S. GROSS (Bar No. 254672) |
| | ggross@kasowitz.com |
| 2 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 333 Twin Dolphin Drive, Suite 200 |
| 3 | Redwood Shores, California 94065 |
| | Tel: (650) 453-5170; Fax: (650) 453-5171 |
| 4 | |
| | Attorneys for Plaintiff SYNOPSYS, INC.; |
| 5 | EVE-USA, INC.; and EMULATION AND |
| | VERIFICATION ENGINEERING, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France,<br><br>           Plaintiffs,<br><br>     v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>           Defendant. | Case No. C 12-05025 LB<br><br>**NOTICE OF APPEARANCE OF GABRIEL S. GROSS** |

Notice is hereby given that the undersigned attorney Gabriel S. Gross of Kasowitz, Benson, Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

The undersigned has the following contact information:

Gabriel S. Gross
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California  94065
Telephone (650) 453-5170
Facsimile (650) 453-5171
Email: ggross@kasowitz.com

NOTICE OF APPEARANCE OF GABRIEL S. GROSS                               CASE NO. C 12-05025 LB

Dated: November 30, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/ Gabriel S. Gross*
   Gabriel S. Gross

Attorneys for Plaintiffs
SYNOPSYS, INC., EVE-USA, INC.; and
EMULATION AND VERIFICATION
ENGINEERING, S.A.