1  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
2  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
3  Redwood Shores, California 94065
   Tel: (650) 453-5170; Fax: (650) 453-5171
4
   Attorneys for Plaintiff SYNOPSYS, INC.;
5  EVE-USA, INC.; and EMULATION AND
   VERIFICATION ENGINEERING, S.A.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 SYNOPSYS, INC., a Delaware Corporation,         Case No. C 12-05025 LB
   EVE-USA, INC., a Delaware Corporation, and
12 EMULATION AND VERIFICATION                     **NOTICE OF APPEARANCE**
   ENGINEERING, S.A., formed under the laws       **OF JOSEPH H. LEE**
13 of France,

14
             Plaintiffs,
15
        v.
16
   MENTOR GRAPHICS CORPORATION, an
17 Oregon Corporation,

18           Defendant.

19

20      Notice is hereby given that the undersigned attorney Joseph H. Lee of Kasowitz, Benson,

21 Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Plaintiffs

22 SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION

23 ENGINEERING, S.A.

24      The undersigned has the following contact information:

25      Joseph H. Lee
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
26      333 Twin Dolphin Drive, Suite 200
        Redwood Shores, California  94065
27      Telephone (650) 453-5170
        Facsimile (650) 453-5171
28      Email: jlee@kasowitz.com

NOTICE OF APPEARANCE OF JOSEPH H. LEE                              CASE NO. C 12-05025 LB

| | | |
|---|---|---|
| 1 | Dated:   November 30, 2012 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |

By: */s/ Joseph H. Lee*
      Joseph H. Lee

Attorneys for Plaintiffs
SYNOPSYS, INC., EVE-USA, INC.; and
EMULATION AND VERIFICATION
ENGINEERING, S.A.