1  UTTAM G. DUBAL (Bar No. 266007)
   udubal@kasowitz.com
2  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
3  Redwood Shores, California 94065
   Tel: (650) 453-5170; Fax: (650) 453-5171
4
   Attorneys for Plaintiff SYNOPSYS, INC.;
5  EVE-USA, INC.; and EMULATION AND
   VERIFICATION ENGINEERING, S.A.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 SYNOPSYS, INC., a Delaware Corporation,        Case No. C 12-05025 LB
   EVE-USA, INC., a Delaware Corporation, and
12 EMULATION AND VERIFICATION                     **NOTICE OF APPEARANCE**
   ENGINEERING, S.A., formed under the laws      **OF UTTAM G. DUBAL**
13 of France,

14
                    Plaintiffs,
15
           v.
16
   MENTOR GRAPHICS CORPORATION, an
17 Oregon Corporation,

18                  Defendant.

19

20      Notice is hereby given that the undersigned attorney Uttam G. Dubal of Kasowitz,

21 Benson, Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of

22 Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION

23 ENGINEERING, S.A.

24      The undersigned has the following contact information:

25      Uttam G. Dubal
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
26      333 Twin Dolphin Drive, Suite 200
        Redwood Shores, California  94065
27      Telephone (650) 453-5170
        Facsimile (650) 453-5171
28      Email: udubal@kasowitz.com

NOTICE OF APPEARANCE OF UTTAM G. DUBAL                              CASE NO. C 12-05025 LB

| | | |
|---|---|---|
| 1 | Dated: November 30, 2012 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | | |
| 3 | | By: /s/ *Uttam G. Dubal* |
| 4 | | Uttam G. Dubal |
| 5 | | Attorneys for Plaintiffs |
| 6 | | SYNOPSYS, INC., EVE-USA, INC.; and EMULATION AND VERIFICATION ENGINEERING, S.A. |

NOTICE OF APPEARANCE OF UTTAM DUBAL — - 2 - — CASE NO. C 12-05025 LB