**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
Phone: 415-522-3140



RICHARD W. WIEKING
CLERK OF COURT

December 5, 2012

Christopher Ryan Ottenweller
Orrick, Herrington & Sutcliffe
1000 Marsh road
Menlo Park, CA 94025

Douglas E. Lumish
Gabriel S. Gross
Jeffrey G. Homrig
Joseph H. Lee
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Dr., Ste 200
Redwood Shores, CA 94065

Re:   Synopsys, Inc., et al. v. Mentor Graphics Corporation
      C 12-5025 LB

Dear Counsel:

  This matter has been randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **December 17, 2012.** These forms can be found on the Court's website at www.cand.uscourts.gov.

              Sincerely,

              RICHARD W. WIEKING

              *Lashanda Scott*
              By: Lashanda Scott
                Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Synopsys, Inc., et al., | No. C 12-5025 LB |
| Plaintiff(s), | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Mentor Graphics Corporation, | |
| Defendant(s). _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____     _____
                                  Signature

                                  Counsel for _____
                                  (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Synopsys, Inc., et al., | No.  C 12-5025 LB |
| Plaintiff(s), | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| | AND |
| Mentor Graphics Corporation, | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____      _____
                                    Signature

                                    Counsel for _____
                                    (Name or party or indicate "pro se")

3