UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Synopsys, Inc., et al.,

        Plaintiff(s),

    v.

Mentor Graphics Corporation,

        Defendant(s).
_____/

No. C 12-5025

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 17, 2012

Signature /s/ Douglas E. Lumish

Counsel for Plaintiffs Synopsys, Inc., et al.
(Plaintiff, Defendant, or indicate "pro se")