AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SYNOPSYS, INC., EVE-USA, INC. and EMULATION AND VERIFICATION ENGINEERING, S.A. <br><br> *Plaintiff* <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> CV 12-05025 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MENTOR GRAPHICS CORPORATION
8005 SW Boeckman Road
Wilsonville, Oregon 97070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher R. Ottenweller, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tiffany Salinas-Harwel

Date: 09/27/2012

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| CHRIS R. OTTENWELLER (SBN 73649)<br>I. NEEL CHATTERJEE (SBN 173985)<br>WILLIAM H. WRIGTH (SBN 161580)<br>ROBERT J. BENSON (SBN 155971)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>(650) 614-7400<br>ATTORNEYS FOR: PLAINTIFF<br>REF.: 843700 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNOPSYS, INC., ET AL.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation<br>DEFENDANT(S). | CASE NUMBER: CV12-05025<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other *(specify)*: SEE ATTACHED LIST

2. **Person served:**
   a. ☒ Defendant *(name)*: MENTOR GRAPHICS CORPORATION, an Oregon Corporation
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:MARGARET WILSON, CLERK FOR CT CORPORATION SYSTEMS, INC. (REGISTERED AGENT FOR SERVICE OF PROCESS)

   c. ☒ Address Where papers were served: 818 W. 7TH ST., 2ND FLOOR, LOS ANGELES, CA 90017

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ **Papers were served on** *(date)*: **DECEMBER 21, 2012**      at *(time)*: **12:49 PM**

   b. ☐ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____     at *(time)*: _____

      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed** on (date): _____

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage pre-paid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   **RAFAEL CHAMAGUA**
   **800 W. 1st STREET, SUITE 200-B**
   **LOS ANGELES, CA 90012**
   **(213) 607-9000**
   **REG. NO.: 7093**
   **COUNTY: LOS ANGELES**

   a. ☐ Fee for service: $
   b. ☐ Not a Registered Process Server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **DECEMBER 24, 2012**

_____
*(Signature)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC., ET AL.
PLAINTIFF(S)
v.
MENTOR GRAPHICS CORPORATION, an Oregon Corporation
CV12-05025

ATTACHMENT

PLAINTIFF SYNOPSYS, INC.'S CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16;

PLAINTIFF EMULATION AND VERIFICATION ENGINEERING, S.A.'S CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16;

PLAINTIFF EVE-USA, INC.'S CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16;

CIVIL COVER SHEET;

REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

ECF REGISTRATION INFORMATION HANDOUT;

FILING PROCEDURES FOR SAN JOSE;

PLAINTIFF EVE-USA, INC.'S SUPPLEMENTAL CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16;

PLAINTIFF EMULATION AND VERIFICATION ENGINEERING, S.A.'S SUPPLEMENTAL CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16;

NOTICE OF APPEARANCE OF DOUGLAS E. LUMISH;

NOTICE OF APPEARANCE OF JEFFREY G. HOMRIG;

NOTICE OF APPEARANCE OF GABRIEL S. GROSS;

NOTICE OF APPEARANCE OF JOSEPH H. LEE;

NOTICE OF APPEARANCE OF UTTAM G. DUBAL;

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE;

ORDER