1   CHRIS R. OTTENWELLER
    cottenweller@orrick.com
2   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
3   WILLIAM H. WRIGHT (STATE BAR NO. 161580)
    wwright@orrick.com
4   ROBERT J. BENSON (STATE BAR NO. 155971)
    rbenson@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6   Menlo Park, California 94025
    Telephone:   +1-650-614-7400
7   Facsimile:   +1-650-614-7401

8   Attorneys for Plaintiffs SYNOPSYS, INC.

9   MICHAEL G. RHODES (STATE BAR NO. 116127)
    rhodesmg@cooley.com
10  RICARDO RODRIGUEZ (STATE BAR NO. 173003)
    rr@cooley.com
11  REUBEN H. CHEN (STATE BAR NO. 228725)
    rchen@cooley.com
12  COOLEY LLP
    Five Palo Alto Square
13  3000 El Camino Real
    Palo Alto, CA 94306-2155
14  Telephone: +1-650-843-5000
    Facsimile: +1-650-857-0663
15

16  Attorneys for Plaintiffs EVE-USA, INC., and
    EMULATION AND VERIFICATION
17  ENGINEERING, S.A.

18                UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

20

| | |
|---|---|
| 21  SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France, | Case No. CV 12 - 05025 |
| 22 | **PROOF OF SERVICE** |
| 23 | |
| 24  Plaintiffs, | |
| 25  v. | |
| 26  MENTOR GRAPHICS CORPORATION, an Oregon Corporation, | |
| 27 | |
| 28  Defendants. | |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROOF OF SERVICE
CASE NO. 12-5025-MMC

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My place of business is Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025, Tel: 650-614-7400. On December 26, 2012, I served the within document(s):

1. **CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDERS [DOCKET NO. 18].**

|  | |
|---|---|
|  | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 5:30 p.m. on December 26, 2012. |
|  | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on December 26, 2012. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**Mentor Graphics Corp.**
**c/o CT Corporation System**
**818 W. 7th Street, Suite 200**
**Los Angeles, CA 90017**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, or overnight delivery by Federal Express, to wit, that correspondence be deposited with the United States Postal Service or Federal Express courier this same day in the ordinary course of business.

Executed on December 27, 2012 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Noel M. Nurrenbern


**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel +1-650-614-7400
fax +1-650-614-7401
WWW.ORRICK.COM

December 26, 2012

Noel M. Nurrenbern
(650) 614-7369
nnurrenbern@orrick.com

***VIA FEDEX***

Mentor Graphics Corp. c/o CT Corporation System
818 W. 7th Street, Suite 200
Los Angeles, CA 90017

Re:   Synopsis Inc. v. Mentor Graphics Corp., N.D. Cal. Case No. 3:12-cv-05025-MMC

Dear Sir/Madam:

Enclosed please find the Case Management Conference Order and Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney, filed in the above referenced case on December 20, 2012. Thank you.

Sincerely,

*/s/ Noel M. Nurrenbern/*

Noel M. Nurrenbern
Senior Paralegal

Enclosures

 

*package id*
0174304
*ship date*
Wed, Dec 26 2012
*to*
Mentor Graphics Corp.
818 W 7th St Ste 200
Los Angeles, CA 90017-3425
United States
213-123-4567
*residential address*
No
*return label*
No

*notification type*
Delivery
*notification recipients*
nnurrenbern@orrick.com

*from*
Noel Nurrenbern (014817)
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
United States
(650) 614-7369
*billing*
Synopsys, Inc.-EVE-USA/Mentor Graph...Monit
(0010508-002006)
*duties and taxes billing*
Sender
*operator*
Noel Nurrenbern
(650) 614-7369
nnurrenbern@orrick.com
*create time*
12/26/12, 3:40PM

*vendor*
FedEx
*tracking number*
794395468866
*service*
FedEx Priority Overnight®
*packaging*
FedEx® Envelope
*signature*
Direct signature required
*courtesy quote*
16.68
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).
©2003-2012 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.