GINO CHENG (STATE BAR NO. 259208)
gcheng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, California  92614-8255
Telephone:     +1-949-567-6700
Facsimile:      +1-949-567-6710

Attorneys for Plaintiffs
SYNOPSYS, INC.; EVE-USA, INC.; and
EMULATION AND VERIFICATION
ENGINEERING S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC. a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France,<br><br>           Plaintiffs,<br><br>   v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,,<br><br>           Defendant. | Case No. C 12-05025 MMC<br><br>**NOTICE OF APPEARANCE OF GINO CHENG** |

    Notice is hereby given that the undersigned attorney Gino Cheng of Orrick, Herrington & Sutcliffe LLP is entering an appearance as counsel in this matter on behalf of Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

    The undersigned has the following contact information:

Gino Cheng
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone (949) 567-6700

OHSUSA:752896836.1

| | | |
|---|---|---|
| 1 | Facsimile (949) 567-6710 | |
| 2 | Email: gcheng@orrick.com | |
| 3 | Dated: January 14, 2013 | GINO CHENG |
| | | Orrick, Herrington & Sutcliffe LLP |
| 4 | | |
| 5 | | By: _____ |
| 6 | | GINO CHENG |
| | | Attorneys for Plaintiffs |
| 7 | | SYNOPSYS, INC.; EVE-USA, INC.; and |
| | | EMULATION AND VERIFICATION |
| 8 | | ENGINEERING S.A. |