SCOTT LINDLAW (STATE BAR NO. 282625)
slindlaw@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Plaintiffs
SYNOPSYS, INC.; EVE-USA, INC.; and
EMULATION AND VERIFICATION
ENGINEERING S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC. a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING S.A., formed under the laws of France,<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No. C 12-05025 LB<br><br>**NOTICE OF APPEARANCE OF SCOTT LINDLAW** |

Notice is hereby given that the undersigned attorney Scott Lindlaw of Orrick, Herrington & Sutcliffe LLP is entering an appearance as counsel in this matter on behalf of Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

The undersigned has the following contact information:

Scott Lindlaw
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone (650) 614-7400

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:752903320.1

NOTICE OF APPEARANCE OF SCOTT LINDLAW
C 12-05025 LB

Facsimile  (650) 614-7401
Email:  slindlaw@orrick.com

Dated: January 14, 2013                      Orrick, Herrington & Sutcliffe LLP


                                             By:      /s/ Scott Lindlaw/
                                                         SCOTT LINDLAW
                                                    Attorneys for Plaintiffs
                                             SYNOPSYS, INC.; EVE-USA, INC.; and
                                               EMULATION AND VERIFICATION
                                                     ENGINEERING S.A.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

OHSUSA:752903320.1

- 2 -

NOTICE OF APPEARANCE OF SCOTT LINDLAW
C 12-05025 LB