1    JESSE Y. CHENG (STATE BAR NO. 259909)
     jcheng@orrick.com
2    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
3    Menlo Park, California  94025-1015
     Telephone:    +1-650-614-7400
4    Facsimile:    +1-650-614-7401

5    Attorneys for Plaintiffs
     SYNOPSYS, INC.; EVE-USA, INC.; and
6    EMULATION AND VERIFICATION
     ENGINEERING S.A.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   SYNOPSYS, INC. a Delaware Corporation,        Case No. C 12-05025 MMC
     EVE-USA, INC., a Delaware Corporation, and
13   EMULATION AND VERIFICATION                    **NOTICE OF APPEARANCE OF JESSE
     ENGINEERING S.A., formed under the laws       Y. CHENG**
14   of France,

15                   Plaintiffs,

16        v.

17   MENTOR GRAPHICS CORPORATION, an
     Oregon Corporation,
18
                     Defendant.
19

20        Notice is hereby given that the undersigned attorney Jesse Y. Cheng of Orrick,

21   Herrington & Sutcliffe LLP is entering an appearance as counsel in this matter on behalf of

22   Plaintiffs SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION

23   ENGINEERING, S.A.

24        The undersigned has the following contact information:

25
     Jesse Y. Cheng
26   Orrick, Herrington & Sutcliffe LLP
     1000 Marsh Road
27   Menlo Park, CA  94025-1015
     Telephone (650) 614-7400
28

OHSUSA:752903092.1

NOTICE OF APPEARANCE OF JESSE CHENG
C 12-05025 LB

1            Facsimile  (650) 614-7401
           Email:  jcheng@orrick.com

2

  Dated: January 15, 2013                             JESSE Y. CHENG

3                                      Orrick, Herrington & Sutcliffe LLP

4

5                               By:    *s/Jesse Y. Cheng/*

6                                       JESSE Y. CHENG
                                      Attorneys for Plaintiffs

7                            SYNOPSYS, INC.; EVE-USA, INC.; and
                           EMULATION AND VERIFICATION

8                                ENGINEERING S.A.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHSUSA:752903092.1

- 2 -

NOTICE OF APPEARANCE OF JESSE CHENG
C 12-05025 LB