GEORGE A. RILEY (S.B. #118304)
griley@omm.com
MARK E. MILLER (S.B. #130200)
markmiller@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640)
msapoznikow@omm.com
ELIZABETH OFFEN-BROWN (S.B. #279077)
eoffen-brown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant and Counter-Plaintiff
MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>    Defendant and Counter-Plaintiff. | Case No. 3:12-cv-05025-MMC<br><br>[PROPOSED] ORDER GRANTING MENTOR GRAPHICS CORPORATION'S  MOTION TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 79-5 |

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO SEAL
CASE NO. 3:12-CV-05025-MMC

Having considered Defendant Mentor Graphics' Administrative Motion to File portions of documents under seal pursuant to Civil L.R. 79-5, and having considered the Declaration of Elizabeth Offen-Brown in Support of the Administrative Motion, the Court hereby ORDERS the following to be filed under seal:

- Mentor Graphics Corporation's Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims
- Mentor Graphics Corporation's Memorandum in Support of its Motion to Transfer.
- Declaration of Elizabeth Offen-Brown in Support of Mentor Graphics Corporation's Motion to Transfer.

Accordingly, IT IS HEREBY ORDERED THAT Mentor Graphics' Administrative Motion is **GRANTED.**

Mentor Graphics shall file an unredacted version of its Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims, and Memorandum in Support of its Motion to Transfer under seal in accordance with General Order 62.

The Court finds the "Public Redacted Version" of each of said documents, filed in each instance on January 11, 2013, complies with the requirements set forth in Civil Local Rule 79-5(a).

**IT IS SO ORDERED.**

DATED:  January 15, 2013

HONORABLE MAXINE M. CHESNEY
United States Senior District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO SEAL
CASE NO. 3:12-CV-05025-MMC

1