| | |
|---|---|
| CHRIS R. OTTENWELLER (SBN 73649) | GEORGE A. RILEY (SBN 118304) |
| cottenweller@orrick.com | griley@omm.com |
| I. NEEL CHATTERJEE (SBN 173985) | MARK E. MILLER (SBN 130200) |
| nchatterjee@orrick.com | markmiller@omm.com |
| WILLIAM H. WRIGHT (SBN 161580) | MICHAEL SAPOZNIKOW (SBN 242640) |
| wwright@orrick.com | msapoznikow@omm.com |
| ROBERT J. BENSON (SBN 155971) | ELIZABETH OFFEN-BROWN (SBN 279077) |
| rbenson@orrick.com | eoffenbrown@omm.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | O'MELVENY & MYERS LLP |
| 1000 Marsh Road | Two Embarcadero Center, 28th Floor |
| Menlo Park, CA 94025 | San Francisco, CA 94111 |
| Telephone: (650) 614-7400 | Telephone:   (415) 984-8700 |
| Facsimile: (559) 614-7401 | Facsimile:   (415) 984-8701 |

DOUGLAS E. LUMISH (SBN 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (SBN 215890)
jhomrig@kasowitz.com
GABRIEL S. GROSS (SBN 254672)
ggross@kasowitz.com
JOSEPH H. LEE (SBN 248046)
jlee@kasowitz.com
UTTAM G. DUBAL (SBN 266007)
udubal@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Attorneys for Plaintiffs and Counter-Defendants
SYNOPSYS, INC. ET AL.

Attorneys for Defendant and Counter-Plaintiff
MENTOR GRAPHICS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>    Defendant and Counter-Plaintiff | Case No. 3:12-cv-05025-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs and Counter-Defendants Synopsys, Inc., EVE-
2  USA, Inc., and Emulation and Verification Engineering, S.A. (collectively "Plaintiffs") and
3  Defendant and Counter-Plaintiff Mentor Graphics Corp. ("Mentor Graphics") jointly submit this
4  stipulated request for an order rescheduling the Case Management Conference in this action from
5  February 22, 2013 to February 15, 2013.

6  On January 18, 2013, counsel for Mentor Graphics sent a message on behalf of all parties
7  to Tracy Lucero, Clerk to the Honorable Judge Chesney, stating that George Riley, lead counsel
8  for Mentor Graphics, will be at a claim construction hearing in Texas on February 22, 2013, and
9  for that reason he cannot attend the Case Management Conference currently scheduled for that
10 date.  The parties inquired whether the Case Management Conference could be rescheduled to
11 February 15, 2013.  Ms. Lucero responded on the same day with a message that states "the date of
12 February 15th is fine with the Court" and requesting that the parties file a stipulation and proposed
13 order requesting the change of date and explaining the reason for their request.

14 THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective
15 counsel of record, that the Case Management Conference be changed from February 22, 2013 to
16 February 15, 2013, and that the Court set corresponding deadlines associated therewith as set forth
17 below.

18 The Parties will meet and confer regarding initial disclosures, early settlement, ADR, and
19 discovery plan by January 25, 2013;

20 The Parties will file ADR Certifications signed by Parties and Counsel by January 25,
21 2013;

22 The Parties will file either Stipulation to ADR Process or Notice of Need for ADR Phone
23 Conference by January 25, 2013;

24 The Parties will file a joint case management statement by February 8, 2013;
25 The Parties will serve initial disclosures by February 8, 2013;

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                                              1

IT IS SO STIPULATED.

Dated: January 22, 2013                By:   */s/ Michael Sapoznikow*
                                             Michael Sapoznikow
                                             Attorneys for Defendant and Counter-Plaintiff
                                             MENTOR GRAPHICS CORPORATION.

Dated: January 22, 2013                By:   */s/ William H. Wright*
                                             William H. Wright
                                             Attorneys for Plaintiffs and Counter-Defendants
                                             SYNOPSYS, INC. EVE-USA, INC. & EMULATION AND VERIFICATION ENGINEERING, S.A.

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Mentor Graphics has obtained the concurrence of Plaintiff's counsel in the filing of this Stipulated Request.

Dated: January 22, 2013                By:   */s/ Michael Sapoznikow*
                                             Michael Sapoznikow
                                             Attorneys for Defendant and Counter-Plaintiff
                                             MENTOR GRAPHICS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED** with the exception that in light of defendant's pending Motion to Transfer, the Case Management Conference is hereby CONTINUED to March 22, 2013, with all related dates continued in accordance therewith.

DATED: January 23, 2013                _____
                                       Honorable Maxine M. Chesney
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                                    2