UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC., a Delaware Corporation,
EVE-USA, INC., a Delaware corporation,
and EMULATION AND VERIFICATION
ENGINEERING, S.A., formed under the
laws of France,

    Plaintiffs and Counter-Defendants,

                                  Case No. 3:12-cv-05025-MMC

            v.                     STIPULATION AND [PROPOSED]
                                  ORDER SELECTING ADR PROCESS

MENTOR GRAPHICS CORPORATION,
an Oregon Corporation,

    Defendant and Counter-Plaintiff(s).

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    X    Private ADR (*please identify process and provider*)  _Mediation before JAMS mediator Hon. Edward A. Infante (Ret.) was conducted on January 21, 2013.  The parties agree to continue the discussions started with Judge Infante.

_____

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    X    other requested deadline   The parties conducted mediation on January 21, 2013.

| | |
|---|---|
| DATED:  1/25/2013 | CHRIS R. OTTENWELLER<br>I. NEEL CHATTERJEE<br>WILLIAM H. WRIGHT<br>VICKIE L. FEEMAN<br>ROBERT J. BENSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>DOUGLAS E. LUMISH<br>JEFFREY G. HOMRIG<br>GABRIEL S. GROSS<br>JOSEPH H. LEE<br>UTTAM G. DUBAL<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>By:   /s/ *Vickie L. Feeman*<br>Vickie L. Feeman<br>Attorneys for Plaintiffs and Counter-Defendants<br>SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A. |
| DATED:  1/25/2013 | GEORGE A. RILEY<br>MARK E. MILLER<br>MICHAEL SAPOZNIKOW<br>ELIZABETH OFFEN-BROWN<br>O'MELVENY & MYERS LLP<br><br>By:   /s/ *Mark E. Miller*<br>Mark E. Miller<br>Attorneys for Defendant and Counter-Plaintiff MENTOR GRAPHICS CORPORATION |

Pursuant to Civil Local Rule 5-1(i)(3), counsel for SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A. has obtained the concurrence of MENTOR GRAPHICS counsel in the filing of this Stipulation.

By:   /s/ *Vickie L. Feeman*
Vickie L. Feeman
Attorneys for Plaintiffs and Counter-Defendants
SYNOPSYS, INC., EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A.

[PROPOSED] ORDER

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.


DATED: January 29, 2013

HONORABLE MAXINE M. CHESNEY
United States Senior District Judge

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11