| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (SBN 173985) |
|   | nchatterjee@orrick.com |
| 2 | WILLIAM H. WRIGHT (SBN 161580) |
|   | wwright@orrick.com |
| 3 | ROBERT J. BENSON (SBN 155971) |
|   | rbenson@orrick.com |
| 4 | VICKIE L. FEEMAN (SBN 177487) |
|   | vfeeman@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 6 | Menlo Park, California  94025 |
|   | Telephone:    +1-650-614-7400 |
| 7 | Facsimile:    +1-650-614-7401 |
| 8 | DOUGLAS E. LUMISH (SBN 183863) |
|   | dlumish@kasowitz.com |
| 9 | JEFFREY G. HOMRIG (SBN 215890) |
|   | jhomrig@kasowitz.com |
| 10 | GABRIEL S. GROSS (SBN 254672) |
|   | ggross@kasowitz.com |
| 11 | JOSEPH H. LEE (SBN 248046) |
|   | jlee@kasowitz.com |
| 12 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
|   | 333 Twin Dolphin Drive, Suite 200 |
| 13 | Redwood Shores, CA  94065 |
|   | Telephone:    1+(650) 453-5170 |
| 14 | Facsimile:    1+(650) 453-5171 |
| 15 | Attorneys for Plaintiffs |
|   | SYNOPSYS, INC., EMULATION VERIFICATION |
| 16 | ENGINEERING S.A. and EVE-USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., EMULATION VERIFICATION ENGINEERING S.A. AND EVE-USA, INC., | Case No. 3:12-cv-05025-MMC |
|   | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 79-5 |
| Plaintiffs, | |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

1  Having considered Plaintiffs' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rule 79-5 and the supporting materials submitted therewith, the Court hereby **GRANTS** Plaintiffs' motion.

Accordingly, it is hereby ordered that the following may be filed under seal: (1) Plaintiffs' Opposition to Mentor Graphics Corporation's Motion to Transfer; and (2) exhibits D, F and G to the Declaration of Scott Lindlaw in Support of Plaintiffs' Opposition to Mentor Graphics Corporation's Motion to Transfer.

**IT IS SO ORDERED.**

Dated: January 30, 2013

HONORABLE MAXINE M. CHESNEY
United States District Judge