| | |
|---|---|
| I. NEEL CHATTERJEE (SBN 173985) nchatterjee@orrick.com WILLIAM H. WRIGHT (SBN 161580) wwright@orrick.com ROBERT J. BENSON (SBN 155971) rbenson@orrick.com VICKIE L. FEEMAN (SBN 177487) vfeeman@orrick.com ORRICK, HERRINGTON & SUTCLIFFE LLP 1000 Marsh Road Menlo Park, California  94025 Telephone:     +1-650-614-7400 Facsimile:     +1-650-614-7401 | GEORGE A. RILEY (SBN 118304) griley@omm.com MARK E. MILLER (SBN 130200) markmiller@omm.com MICHAEL SAPOZNIKOW (SBN 242640) ELIZABETH OFFEN-BROWN  (SBN 279077) eoffenbrown@omm.com O'MELVENY & MYERS LLP Two Embarcadero Center, 28th Floor San Francisco, CA  94111 Telephone:     1+(415) 984-8700 Facsimile:     1+(415) 984-8701 |
| DOUGLAS E. LUMISH (SBN 183863) dlumish@kasowitz.com JEFFREY G. HOMRIG (SBN 215890) jhomrig@kasowitz.com GABRIEL S. GROSS (SBN 254672) ggross@kasowitz.com JOSEPH H. LEE (SBN 248046) jlee@kasowitz.com KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 333 Twin Dolphin Drive, Suite 200 Redwood Shores, CA  94065 Telephone:     1+(650) 453-5170 Facsimile:     1+(650) 453-5171 | Attorneys for Defendant and Counter-Plaintiff MENTOR GRAPHICS CORPORATION |

Attorneys for Plaintiffs
SYNOPSYS, INC., EMULATION VERIFICATION
ENGINEERING S.A. and EVE-USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., EMULATION VERIFICATION ENGINEERING S.A. AND EVE-USA, INC.,<br><br>              Plaintiffs,<br><br>     v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>              Defendant. | Case No. 3:12-cv-05025-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE PORTIONS OF DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

**STIPULATION**

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs Synopsys, Inc., EVE-USA, Inc. ("EVE-USA"), and Emulation and Verification Engineering, S.A. ("EVE S.A.") and Defendant Mentor Graphics Corp. ("Mentor Graphics") jointly submit this stipulation regarding Plaintiffs' Administrative Motion to File Portions of Documents Under Seal Pursuant to Civil Local Rule 79-5. The parties request that the Court approve the Stipulation and enter the proposed order allowing Plaintiffs to file under seal portions of Plaintiffs' Answer to Mentor Graphics Corporation's Counterclaims ("Plaintiffs' Answer").

Although counsel for Mentor Graphics Corporation has not reviewed Plaintiffs' Answer, Plaintiffs have represented that portions of Plaintiffs' Answer quote from and/or refer to the confidential terms of the same 2006 settlement agreement between EVE-USA, EVE S.A., and Mentor Graphics Corporation that was filed under seal as Exhibit A to Defendant Mentor Graphics Corporation's Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims. This agreement requires the parties to keep the non-public aspects of the agreement confidential. *See* Exhibit A to Defendant Mentor Graphics Corporation's Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims. Mentor Graphics agrees that the parties have a duty to maintain the confidentiality of the terms of the 2006 settlement agreement and relies on Plaintiffs' representations as to the content of Plaintiffs' Answer for purposes of this stipulation.

1  NOW, THEREFORE, the Parties hereby STIPULATE and REQUEST the Court to place
2  portions of Plaintiffs' Answer to Mentor Graphics Corporation's Counterclaims under seal in the
3  files and records of the Court until further order of the Court.[1]

4  Dated: February 4, 2013                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

6                                                              By: /s/ Vickie L. Feeman
7                                                                  VICKIE L. FEEMAN
                                                                   Attorneys for Plaintiffs
8                                                                  SYNOPSYS, INC., EMULATION
                                                                   VERIFICATION ENGINEERING S.A.
9                                                                  AND EVE-USA, INC.

10  Dated: February 4, 2013                                   O'MELVENY & MEYERS LLP

12                                                             By: /s/ Elizabeth Offen-Brown
                                                                   ELIZABETH OFFEN-BROWN
13                                                                 Attorneys for Defendant
                                                                   MENTOR GRAPHICS CORPORATION

15  Pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiffs has obtained the concurrence
16  of Mentor Graphics Corporation's counsel in the filing of this Stipulated Request.

17  Dated: February 4, 2013                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

19                                                             By: /s/ Vickie L. Feeman
                                                                   VICKIE L. FEEMAN
20                                                                 Attorneys for Plaintiffs
                                                                   SYNOPSYS, INC., EMULATION
21                                                                 VERIFICATION ENGINEERING S.A.
                                                                   AND EVE-USA, INC.

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  DATED: _____February 7, 2013_____                         _____
26                                                             Honorable Maxine M. Chesney
                                                               United States District Judge

---

28  [1] Paragraphs 7 and 7 of Plaintiffs' Answer correspond to paragraphs 7 and 7 of Counts II and III of Mentor's Counterclaims.