I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
WILLIAM H. WRIGHT (SBN 161580)
wwright@orrick.com
ROBERT J. BENSON (SBN 155971)
rbenson@orrick.com
VICKIE L. FEEMAN (SBN 177487)
vfeeman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     +1-650-614-7400
Facsimile:     +1-650-614-7401

DOUGLAS E. LUMISH (SBN 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (SBN 215890)
jhomrig@kasowitz.com
GABRIEL S. GROSS (SBN 254672)
ggross@kasowitz.com
JOSEPH H. LEE (SBN 248046)
jlee@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Telephone:     1+(650) 453-5170
Facsimile:     1+(650) 453-5171

Attorneys for Plaintiffs
SYNOPSYS, INC., EMULATION VERIFICATION
ENGINEERING S.A. and EVE-USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., EMULATION VERIFICATION ENGINEERING S.A. AND EVE-USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. 3:12-cv-05025-MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING MENTOR GRAPHICS CORPORATION'S MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 79-5** |

On February 1, 2013, Mentor Graphics Corporation filed an Administrative Motion to Seal certain documents it filed in connection with its Reply in Support of Motion to Transfer ("Mentor Graphics' Reply").  *See* Dkt. No. 61 (Administrative Motion to Seal).  Among the documents Mentor Graphics sought to file under seal were Exhibits 31-34 to the Declaration of Robin M. Wall in Support of Mentor Graphics' Reply (the "Wall Declaration") as well as portions of the Reply discussing the information in those exhibits, all of which contain Plaintiffs' confidential information.  Pursuant to Civil Local Rule 79-5(d), Plaintiffs submitted the Declaration of William H. Wright establishing that the designated information is sealable.

Having considered Mentor Graphics' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rule 79-5, and the declaration Plaintiffs submitted, the Court finds the designated information is sealable and hereby **GRANTS** Mentor Graphics' motion.

Accordingly, the following may be filed under seal:  (1) portions of Mentor Graphics' Reply; and (2) Exhibits 31, 32, 33 and 34 to the Wall Declaration.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge