# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation<br><br>Defendants. | Case No. 3:12-cv-5025<br><br>~~[PROPOSED]~~ ORDER RE UNOPPOSED MOTION TO WITHDRAW AS COUNSEL |

Before the Court is Michael G. Rhodes, Ricardo Rodriguez, and Reuben H. Chen of Cooley LLP's Unopposed Motion to Withdraw as Counsel for Plaintiffs EVE-USA, INC., and EMULATION AND VERIFICATION ENGINEERING, S.A. ("EVE"). Having considered the motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that Michael G. Rhodes, Ricardo Rodriguez, and Reuben H. Chen of Cooley, LLP are given leave to withdraw as counsel of record for EVE. Plaintiff EVE will continue to be represented by lead attorney Douglas E. Lumish of Kasowitz, Benson, Torres & Friedman LLP, as well as Gabriel S. Gross, Jeffrey G. Homrig, Joseph Hyuk Lee, and Uttam Gajanan Dubal.

SO ORDERED on this  12  day of February, 2013.

_____
UNITED STATERS DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1084189 /HN

[PROPOSED] ORDER RE WITHDRAWAL OF COUNSEL
CASE NO. 3:12-CV-5025