IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS INC, et al.,            No. C 11-5025 MMC

    Plaintiffs,                   **ORDER VACATING FEBRUARY 15, 2013 HEARING ON DEFENDANT'S MOTION TO TRANSFER**

  v.

MENTOR GRAPHICS CORPORATION,

    Defendant.

_____/

    Before the Court is defendant Mentor Graphics Corporation's ("Mentor Graphics") Motion to Transfer, filed January 11, 2013. Plaintiffs Synopsys Inc., EVE-USA, Inc., and Emulation and Verification Engineering S.A. have filed opposition, to which Mentor Graphics has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for February 15, 2013.

    **IT IS SO ORDERED.**

Dated: February 12, 2013

                                                     MAXINE M. CHESNEY
                                                     United States District Judge