| | |
|---|---|
| I. NEEL CHATTERJEE (SBN 173985) <br> nchatterjee@orrick.com <br> WILLIAM H. WRIGHT (SBN 161580) <br> wwright@orrick.com <br> VICKIE L. FEEMAN (SBN 177487) <br> vfeeman@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 <br> Telephone: (650) 614-7400 <br> Facsimile: (559) 614-7401 <br><br> DOUGLAS E. LUMISH (SBN 183863) <br> dlumish@kasowitz.com <br> JEFFREY G. HOMRIG (SBN 215890) <br> jhomrig@kasowitz.com <br> GABRIEL S. GROSS (SBN 254672) <br> ggross@kasowitz.com <br> JOSEPH H. LEE (SBN 248046) <br> jlee@kasowitz.com <br> UTTAM G. DUBAL (SBN 266007) <br> udubal@kasowitz.com <br> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP <br> 333 Twin Dolphin Drive, Suite 200 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 453-5170 <br> Facsimile: (650) 453-5171 <br><br> Attorneys for Plaintiffs and Counter-Defendants <br> SYNOPSYS, INC. ET AL. | GEORGE A. RILEY (SBN 118304) <br> griley@omm.com <br> MARK E. MILLER (SBN 130200) <br> markmiller@omm.com <br> MICHAEL SAPOZNIKOW (SBN 242640) <br> msapoznikow@omm.com <br> ELIZABETH OFFEN-BROWN (SBN 279077) <br> eoffenbrown@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, CA 94111 <br> Telephone:   (415) 984-8700 <br> Facsimile:   (415) 984-8701 <br><br> Attorneys for Defendant and Counter-Plaintiff <br> MENTOR GRAPHICS CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the laws of France, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION, an Oregon Corporation, <br><br> Defendant and Counter-Plaintiff | Case No. 3:12-cv-05025-MMC <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC

1   Pursuant to Civil Local Rule 6-2, Plaintiffs and Counter-Defendants Synopsys, Inc.
2   ("Synopsys"), EVE-USA, Inc., and Emulation and Verification Engineering, S.A. (collectively
3   "Plaintiffs") and Defendant and Counter-Plaintiff Mentor Graphics Corp. ("Mentor Graphics")
4   jointly submit this stipulated request for an order rescheduling the Case Management Conference
5   in this action from March 22, 2013 to March 29, 2013.
6   The lead counsel for both parties are unavailable on March 22, 2013.  There is another case
7   pending between Synopsys and Mentor Graphics, No. 12-CV-6467-MMC, in this Court, with a
8   Case Management Conference scheduled for March 29, 2013.  It would be efficient for the Court
9   to hold both Case Management Conferences in the same hearing.
10  THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective
11  counsel of record, that the Case Management Conference be changed from March 22, 2013 to
12  March 29, 2013, and that the Court set corresponding deadlines associated therewith as set forth
13  below.
14  The Parties will file a joint case management statement by March 22, 2013;
15  The Parties will serve initial disclosures by March 22, 2013;
19  IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                                       1

| | | |
|---|---|---|
| 1 | Dated: February 28, 2013 | By:    /s/ Michael Sapoznikow |
| 2 | | Michael Sapoznikow |
| | | Attorneys for Defendant and Counter-Plaintiff |
| 3 | | MENTOR GRAPHICS CORPORATION |

Dated: February 28, 2013            By:   /s/ Vickie L. Feeman
                                          Vickie L. Feeman
                                          Attorneys for Plaintiffs and Counter-Defendants
                                          SYNOPSYS, INC. EVE-USA, INC. &
                                          EMULATION AND VERIFICATION
                                          ENGINEERING, S.A.

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Mentor Graphics has obtained the concurrence of Plaintiff's counsel in the filing of this Stipulated Request.

Dated: February 28, 2013            By:   /s/ Michael Sapoznikow
                                          Michael Sapoznikow
                                          Attorneys for Defendant and Counter-Plaintiff
                                          MENTOR GRAPHICS CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _March 11, 2013_            _____
                                          Honorable Maxine M. Chesney
                                          United States District Judge