United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS INC, et al.,

    Plaintiffs,

  v.

MENTOR GRAPHICS CORPORATION,

    Defendant.
                                  /

No. C 12-5025 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the pending Motion to Transfer, the Case Management Conference currently scheduled for March 29, 2013 is hereby CONTINUED to May 3, 2013.

    **IT IS SO ORDERED.**

Dated: March 20, 2013

                                               MAXINE M. CHESNEY
                                               United States District Judge