IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC, et al., | No. C 12-5025 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

Due to sequestration, all district courts in the San Francisco division will be closed on Friday, May 3, 2013. Accordingly, the Case Management Conference is hereby CONTINUED to May 10, 2013.

**IT IS SO ORDERED.**

Dated: March 21, 2013

MAXINE M. CHESNEY
United States District Judge